IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:21-cr-135-14 |
| WALTER WINGSTER, | |
| Defendant. | |

### O R D E R

After a careful, de novo review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, (doc. 452), to which no objections have been filed.  Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.  The Court finds that Defendant "is presently suffering from a mental disease or defect rendering him mentally incompetent," and "that there is a substantial probability that within [an] additional period of time he will attain the capacity to permit the proceedings to go forward[.]" 18 U.S.C. § 4241(d).  Accordingly, it is the **JUDGMENT** of the Court that Defendant Wingster is committed to the custody of the Attorney General until "his mental condition is so improved that trial may proceed."  Id.  The director of the facility to which he is committed is **DIRECTED** to notify this Court when Defendant has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense by filing a certificate with the Clerk of this Court.  18 U.S.C. § 4241(e).  If Defendant's competency is not restored, and no certificate is filed, within six months from the date of this Order, the director of the facility is **DIRECTED** to submit a report concerning Defendant's condition.   The director is further **DIRECTED** to submit such reports every six months thereafter

until Defendant's competency is restored or until further ordered by the Court.  18 U.S.C. § 4247(e)(1)(A).

**SO ORDERED**, this 25th day of May, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA